UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Matthias Hawkins,                                             :

                Plaintiff,                           :     No. 08 CV 6866 (PKL)

                v.                                    :

Toussaint Capital Partners, LLC,                              :

                Defendant.                           :

------------------------------------------------------------ X

STIPULATION TO EXTEND TIME
TO ANSWER OR MOVE IN RESPONSE TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties herein as follows:

1. The defendant's time to move or answer in response to the Complaint shall be extended from September 2, 2008, until September 9, 2008.

2. The defendant waives any objections to the manner of service of the Summons and Complaint in this matter. All other objections are expressly reserved.

3. An electronic or facsimile copy of the signed stipulation shall have the same force and effect as the signed original and may be submitted to the court with the same effect as the original.

No prior adjournments or extensions have been requested or agreed upon.

Dated: New York, NY
September 2, 2008

| NORRIS, McLAUGHLIN & MARCUS PA | SAMUEL & STEIN |
|---|---|
| *[signature]*<br>Bryan Blaney (BB 2177)<br>Karen Bekker (KB 9077)<br>875 Third Avenue, 18th Floor<br>New York, New York 10022<br>Telephone (212) 808-0700<br>Facsimile (212) 808-0844<br>*Attorneys for Defendant Toussaint Capital Partners, LLC* | *[signature]*<br>David Stein (DS 2119)<br>38 West 32nd Street<br>Suite 1210<br>New York, NY 10001<br>(212) 563-9884<br>*Attorneys for Plaintiff* |